O'NEILL, Administrator, Appellant, vs. JESSEN and another, Respondents.

*March 10—April 12, 1949.*

*W. O. Thomas* of Milwaukee, for the appellant.
*Louis C. Ritter* of Milwaukee, for the respondents.

ROSENBERRY, C. J.   This case is ruled by the case of
*Pietraszwicz v. Pietraszwicz* (1921), 173 Wis. 523, 181
N. W. 722.   This is clearly a case where application should
have been first made to the county court for the appointment of
a special administrator.

*By the Court.*—The order appealed from is affirmed.